UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALLEY HOUSING, LP, ET AL. | : | |
| Plaintiffs, | : | |
| v. | : | 3:06 CV 01319 (TLM) |
| CITY OF DERBY, ET AL. | : | |
| Defendants. | : | August 11, 2011 |

## APPLICATION FOR AWARD OF ATTORNEY'S FEES AND COSTS

Plaintiffs move pursuant to the Court's Ruling, as corrected August 1, 2011, for an award of attorney's fees and costs. In support of this motion, plaintiffs attach the following:

- Affidavit of David N. Rosen, with attachments
- Affidavit of Shelley A. White, with attachments
- Affidavit of Amy Eppler-Epstein, with attachments
- Affidavit of Joseph D. Garrison
- Affidavits of Margaret P. Mason
- Memorandum of Law

Based on the affidavits, and for the reasons set forth in the Memorandum, plaintiffs claim fees and costs as follows:

David Rosen & Associates, P.C.

| | | |
|---|---|---|
| David N. Rosen | 736.4 hours at $500 per hour | $368,200.00 |
| James Bhandary-Alexander | 10.3 hours at $225 per hour | $2,317.50 |
| Costs for David Rosen & Associates P.C. | | $10,168.71 |
| Total for David Rosen & Associates, P.C. | | $380,686.21 |

1

New Haven Legal Assistance Association

| | | |
|---|---|---|
| Shelley A. White | 623.3 hours at $400 per hour | $249,320.00 |
| Shelley A. White | 25 travel hours at $200.00 | $5,000.00 |
| Amy Eppler Epstein | 764.4 hours at $350 per hour | $267,540.00 |
| Amy Eppler-Epstein | 57.8 travel hours at $175.00 | $10,115.00 |

| | |
|---|---|
| Costs for New Haven Legal Assistance Association | $6,979.96 |
| Total for New Haven Legal Assistance Association | $538,954.96 |
| Total fees and costs | $919,641.17 |

In further support of this application, plaintiffs are filing a Memorandum of Law.

THE PLAINTIFFS

By /s/ David N. Rosen
David N. Rosen (ct00196)
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
(203) 789-1605 fax
Email: drosen@davidrosenlaw.com

Amy Eppler-Epstein (ct01444)
Shelley White (ct05727)
James Bhandary-Alexander (ct28135)
New Haven Legal Assistance Assoc.
426 State Street
New Haven, CT 06510
(203) 946-4811
(203) 498-9271 fax
Email: aeppler-epstein@nhlegal.org
Email: swhite@nhlegal.org
Email: jbhandary-alexander@nhlegal.org
Their Attorneys

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2011, a copy of the foregoing Application for Award of Attorney's Fees and Costs was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

            /s/ David N. Rosen
            David N. Rosen