UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALLEY HOUSING, LP, ET AL. | : | |
| Plaintiffs, | | |
| v. | : | 3:06 CV 01319 (TLM) (HBF) |
| CITY OF DERBY, ET AL. | : | |
| Defendants. | : | October 7, 2011 |

## AFFIDAVIT OF DAVID N. ROSEN

David N. Rosen being first duly sworn, deposes and says

1. I have attached records of time that I have spent on this case, showing 53.0 hours of work since submitting the Application for Attorney's Fees on August 11.

2. In the exercise of billing judgment, Plaintiffs waive payment for eight hours of this time.

3. In addition to this time, legal assistants in our office spent approximately 2.1 hours reviewing records, checking the math, obtaining and reviewing information from CMECF, and similar paralegal tasks. In the exercise of billing judgment, Plaintiffs waive payment for any of this time.

Dated at New Haven this 7th day of October, 2011.

_____
David N. Rosen

Subscribed and sworn to before me, this 7th day of October, 2011.

_____
Notary Public

ANNA MARIA IRIZARRY
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2014

1

# TIME RECORDS
# DAVID N. ROSEN

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 8/13/11 | review coverage-related emails and dec sheet re: insurance coverage in light of conflicting information re: coverage and possible denial of coverage by carrier | .6 |
| 8/16/11 | review coverage information, correspondence and file notes re: coverage, possible bad faith claim, and possible bases for disclaiming coverage | 1.4 |
| 8/26/11 | research re: discovery of fee agreement | .3 |
| 8/26/11 | exchange emails with Atty Blazi and team re: interrogs | .4 |
| 8/26/11 | draft objections and response to interrogs and rfp | .9 |
| 9/2/11 | read cases re: contingency fee disclosure | 1.3 |
| 9/2/11 | exchange emails with team re: reply brief | .4 |
| 9/4/11 | draft memo in opposition to motion to compel | 2.9 |
| 9/5/11 | draft brief opp motion to compel | 2.4 |
| 9/6/11 | complete brief opp to motion to compel, transmit production docs to defense counsel | .9 |
| 9/14/11 | revise motions re: deposition, draft responses, circulate and revise draft response | 1.4 |
| 9/15/11 | revise response to motion re: depo of David | .8 |
| 9/15/11 | correspondence court and review of order re: retainer agreement | .1 |
| 9/16/11 | finalize and file opposition to motion depo of David | .5 |
| 9/16/11 | review and draft response to motion for reconsideration, including reading relevant case | .8 |
| 9/18/11 | revise, complete response to motion for reconsideration: research standard, redraft text | 1.5 |
| 9/18/11 | pc Shelley White re: revisions | .2 |
| 9/21/11 | meeting with Penny Mason | .4 |

1

| | | |
|---|---|---|
| 9/21/11 | travel to and from meeting | .4 |
| 9/22/11 | review response re: depo of David | .3 |
| 9/22/11 | email to team re: same | .1 |
| 9/22/11 | check old emails re: David's entry into case | .3 |
| 9/23/11 | attend deposition | 1.8 |
| 9/23/11 | depo preparation with witness | .2 |
| 9/23/11 | travel to and from depo | .4 |
| 9/25/11 | review settlement discussion material (emails, submissions, and memos) | .6 |
| 9/26/11 | select and organize relevant docs re: fee litigation | .2 |
| 9/29/11 | review order re: motions | .1 |
| 9/30/11 | review pleadings re: atty fees, planning for next steps | .2 |
| 10/1/11 | review objection to fee request, start thinking about response | .8 |
| 10/2/11 | review defense memo to identify arguments; read cases they cite; outline points to be made in reply; review time sheet criticisms they make | 4.1 |
| 10/3/11 | draft response to motion for reconsideration re: taking deposition, including checking rule, reading papers, writing response | .3 |
| 10/3/11 | analyze defense objection, make notes re: cases, read cases not already read, frame response arguments | 4.8 |
| 10/3/11 | first draft Shelley White affidavit re: settlement, implications for attorney fee award | .7 |
| 10/3/11 | outline, begin drafting response | 1.1 |
| 10/4/11 | review and respond line by line to criticisms of hours claimed | 2.5 |
| 10/4/11 | continue drafting reply memo re: fees | .8 |
| 10/4/11 | research, draft reply brief | .4 |
| 10/5/11 | draft and research reply re: fees | 4.5 |
| 10/6/11 | draft and revise reply, including additional case research | 5.4 |

| 10/7/11 | complete revision of reply, including editing, drafting memo and selection and editing of exhibits | 5.4 |
|---------|-----------------------------------------------------------------------------------------------------|-----|
| 10/7/11 | prepare supplemental fee application | .4 |
|         | **TOTAL** | 53.0 |